EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FRANCE TELECOM S.A.,

          Case No.: 12 CIV 4986
    Plaintiff (s),   AFFIDAVIT OF SERVICE

 -against-

MARVELL SEMICONDUCTOR, INC.,

    Defendant (s).
-------------------------------------------------------------------------X
STATE OF CALIFORNIA   )
          :s.s:
COUNTY OF SANTA CLARA  )

  SUSAN PARKER, being duly sworn, deposes and says:

  I am not a party to this action, am over the age of eighteen years, and reside in the State of California.

  I am an agent for EPS Judicial Process Service, Inc. and I received the Summons in a Civil Action; Complaint, Jury Trial Demanded; Civil Cover Sheet; Rule 7.1 Statement; Individual Rules of Practices Honorable Jed S. Rakoff; and Electronic Case Filing Rules & Instructions for the above-entitled action, to be served upon Marvell Semiconductor, Inc., defendant herein named.

  On the 27th day of June, 2012, at approximately 1:58 p.m. at 5488 Marvell Lane, Santa Clara, California, I served true copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT, JURY TRIAL DEMANDED; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL RULES OF PRACTICES HONORABLE JED S. RAKOFF; and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above-entitled action, upon MARVELL SEMICONDUCTOR, INC., defendant herein

named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Ya Wang. At time of service, Ms. Wang identified herself as the Receptionist for Marvell Semiconductor, Inc. and as a person authorized to accept service of process for Marvell Semiconductor, Inc.

Ms. Wang is an Asian-American female, approximately 22 years of age, 5'5" tall, 100 lbs with long dark hair and dark eyes.

Sworn to before me this
28th day of June, 2012

_____
NOTARY PUBLIC

SUSAN PARKER
Registration No. 1291 Santa Clara

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA



MOHAMMAD B. SAMI
COMM. # 1881322
NOTARY PUBLIC
CALIFORNIA
SANTA CLARA COUNTY
EXP. MARCH 1, 2014