UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FRANCE TELECOM                        :
                                      :
                  Plaintiff,          :        12 Civ. 4986    (JSR)
                                      :
            -v-                       :              ORDER
                                      :
MARVELL SEMICONDUCTOR                 :
                                      :
                                      :
                  Defendant.          :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        Judge Rakoff has determined that this case is not appropriate

for inclusion in the Pilot Project Regarding Case Management

Techniques for Complex Cases in the Southern District of New York,

and, accordingly, the parties should instead proceed in accordance

with Judge Rakoff's individual rules and orders.

This case is however, appropriate for inclusion in the Patent Cases

Pilot Project.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        7/6/17