AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| FRANCE TELECOM S.A., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:12-cv-04986-JSR |
| MARVELL SEMICONDUCTOR, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARVELL SEMICONDUCTOR, INC.

Date:   07/17/2012

*Attorney's signature*

Eric Huang (EH9072)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, NY 10010

*Address*

erichuang@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*