AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| FRANCE TELECOM S.A., | ) |
| *Plaintiff* | ) |
| v. | ) |
| MARVELL SEMICONDUCTOR, INC. | ) |
| *Defendant* | ) |

Case No.     1:12-cv-04986-JSR

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARVELL SEMICONDUCTOR, INC.                                                                 .

Date:     07/17/2012

*Attorney's signature*

Edward J. DeFranco (ED6524)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, NY 10010

*Address*

eddefranco@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*