UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
                                                                   :
FRANCE TELECOM S.A.,                                               :  ECF CASE
                                                                   :
                    Plaintiff,                                     :  12-Civ-4986 (JSR)
                                                                   :
        - against -                                                :
                                                                   :  **JURY TRIAL DEMANDED**
MARVELL SEMICONDUCTOR, INC.,                                       :
                                                                   :
                    Defendant.                                     :
------------------------------------------------------------------ x

## **DEFENDANT MARVELL SEMICONDUCTOR INC.'S DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.1., and to enable Judges and Magistrate Judges to evaluate possible recusal, the undersigned counsel for Defendant Marvell Semiconductor, Inc. ("Marvell"), in the above captioned action, certifies that the following indirect parent of Marvell has issued shares or debt securities to the public: Marvell Technology Group, Ltd.

| | |
|---|---|
| Dated: New York, New York<br>July 18, 2012 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By: __/s/_____<br>     Edward J. DeFranco (ED6524)<br>     Eric Huang (EH9072)<br>     Krista M. Rycroft (KR9343)<br>     51 Madison Avenue, 22nd Floor<br>     New York, New York 10010<br>     Tel.: 212-849-7000<br>     Fax: 212-849-7100<br>     eddefranco@quinnemanuel.com<br>     erichuang@quinnemanuel.com<br>     kristarycroft@quinnemanuel.com<br><br>     Attorney for Defendant<br>     *Marvell Semiconductor, Inc.*<br><br>OF COUNSEL<br><br>     Kevin P.B. Johnson (KJ8689)<br>     QUINN EMANUEL URQUHART &<br>     SULLIVAN, LLP<br>     555 Twin Dolphin Drive, 5th Floor<br>     Redwood Shores, CA 94065<br>     Tel.: 650-801-5000<br>     Fax: 650-801-5100<br>     kevinjohnson@quinnemanuel.com |