UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | |
|---|---|
| FRANCE TELECOM S.A., | ECF CASE |
| | 12-Civ-4986 (JSR) |
| Plaintiff, | |
| | Time:       September 6, 2012 at 5:00 pm |
| -v- | |
| | Before:    Hon. Jed S. Rakoff |
| MARVELL SEMICONDUCTOR, INC., | |
| Defendant. | Location:  Courtroom 14-B |
| | Daniel Patrick Moynihan |
| | United States Courthouse |
| | 500 Pearl Street, Room 1340 |
| | New York, NY 10007-1312 |
| | |
| | **JURY TRIAL DEMANDED** |

-------------------------------------------------------- x

### NOTICE OF MOTION BY DEFENDANT MARVELL SEMICONDUCTOR, INC. TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

Please take notice that pursuant to 28 U.S.C. § 1404, defendant Marvell Semiconductor, Inc. ("Marvell") respectfully moves to transfer the above-captioned action to the U.S. District Court for the Northern District of California.

During the July 24, 2012 Scheduling Conference, the Court set the following briefing and hearing schedule for the present motion (D.I. 17):

| | |
|---|---|
| Deadline for Marvell to Submit its Notice of Motion and Memorandum in Support of Its Motion | Monday, July 30, 2012 |
| Deadline for Plaintiff France Telecom S.A. to Respond to Marvell's Motion | Monday, August 13, 2012 |
| Deadline for Marvell's Reply in Support of Its Motion | Monday, August 21, 2012 |
| Oral Argument on Marvell's Motion | September 6, 2012 at 5:00 pm |

Marvell bases its motion upon this Notice of Motion, the accompanying Memorandum of Law, the declaration of John Santos, and the declaration of Krista M. Rycroft, filed concurrently with this notice.

Dated: July 30, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  *s/ Raymond Nimrod*
 Edward J. DeFranco (ED6524)
 Raymond Nimrod (*pro hac vice*)
 Eric Huang (EH9072)
 Krista M. Rycroft (KR9343)
 51 Madison Avenue, 22nd Floor
 New York, New York 10010
 Tel.: 212-849-7000
 Fax: 212-849-7100
 eddefranco@quinnemanuel.com
 raynimrod@quinnemanuel.com
 erichuang@quinnemanuel.com
 kristarycroft@quinnemanuel.com

 Attorneys for Defendant
 *Marvell Semiconductor, Inc.*

OF COUNSEL

 Kevin P.B. Johnson (KJ8689)
 QUINN EMANUEL URQUHART & SULLIVAN, LLP
 555 Twin Dolphin Drive, 5th Floor
 Redwood Shores, CA 94065
 Tel.: 650-801-5000
 Fax: 650-801-5100
 kevinjohnson@quinnemanuel.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2012, I caused the foregoing Notice of Motion By Defendant Marvell Semiconductor, Inc. to Transfer Venue to the Northern District of California, Marvell Semiconductor, Inc.'s Memorandum of Law In Support of Its Motion to Transfer to the Northern District of California, the Declaration of Krista M. Rycroft, and the Declaration of John Santos to be served upon the following in the manner indicated:

| | |
|---|---|
| James W. Dabney<br>Henry C. Lebowitz<br>FRIED FRANK HARRIS SHRIVER<br>    &amp; JACOBS LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>james.dabney@friedfrank.com<br>henry.lebowitz@friedfrank.com | *VIA ELECTRONIC MAIL* |
| Elliot E. Polebaum<br>Joseph J. Lobue<br>FRIED FRANK HARRIS SHRIVER<br>    &amp; JACOBS LLP<br>801 17th Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 639-7000<br>Facsimile: (202) 6369-7003<br>elliot.polebaum@friedfrank.com<br>joseph.lobue@friedfrank.com | *VIA ELECTRONIC MAIL* |

                                                                         */s/ Sung Hoon Kim*
                                                                         Sung Hoon Kim